IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL E. KENNEDY,                    *

    Plaintiff,                         *

v.                                     *

                                                    Civil No. RDB 10-02667

LENDMARK FINANCIAL SERVICES,           *

                                                  *

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 15th day of September 2011, ORDERED that:

1. The Defendant Lendmark Financial Services' Motion to Dismiss (ECF No. 5) is GRANTED;

2. The Plaintiff's Motion to Strike (ECF No. 9) is DENIED;

3. The Plaintiff's claims arising under the FDCPA are DISMISSED WITH PREJUDICE;

4. The Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE;

5. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the Defendants and *pro se* Plaintiff; and

6. The Clerk of the Court CLOSE THIS CASE.

/s/_____
Richard D. Bennett
United States District Judge