# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael E. Kennedy,<br>　　　　　　Plaintiff, | *<br>*<br>* |
| v. | *　　Civil Action No.　　**1:10-cv-02667-RDB** |
| Lendmark Financial Services, 2118 Usher<br>Street, Covington, Georgia 30014, | *<br>*<br>* |
| 　　　　　　　　　Defendant. | * |

## NOTICE OF APPEAL

Pursuant to *Federal Rules of Appellate Procedure, Rule 4*, notice is hereby given that Michael E. Kennedy, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the order/decision entered in this action on September 15th, 2011, by the United States District Court for the District of Maryland dismissing the above-captioned civil action.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　[signature]
　　　　　　　　　Michael E. Kennedy
　　　　　　　　　Plaintiff, *pro se*

Signed on this 19th day of September, 2011.

　　　　　　　　　Michael E. Kennedy
　　　　　　　　　33250 Old Ocean City Road
　　　　　　　　　Salisbury, Maryland 21849
　　　　　　　　　(443) 523-0180

# CERTIFICATE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*(Fed R. Civ. P.5; 28 U.S.C. §1746)*

I, <u>Michael Edward Kennedy</u>, declare:

I am over 18 years of age and a party to this action. I am a resident of Salisbury, Maryland, in the county of Wicomico. My address is: 33250 Old Ocean City Road, Parsonsburg, Maryland 21849. September 19th, 2011, I served on counsel for the parties herein Plaintiff's Notice of Appeal, by placing true and correct copies thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelopes were addressed as follows:

> Gordon, Feinblatt, Rothmam,
> Hoffberger & Hollander, LLC
> Attn: Michael Ziccardi, Esq.
> The Garrett Building
> 233 East Redwood Street
> Baltimore, Maryland 21202

Pursuant to *28 U.S.C. §1746*, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    Executed on this 19th day of September, 2011.
Michael E. Kennedy
Plaintiff, *pro se*

> Michael E. Kennedy
> 33250 Old Ocean City Road
> Salisbury, Maryland 21849
> (443) 523-0180

Michael E. Kennedy
33250 Old Ocean City Road
Parsonsburg, Maryland 21849



U.S. POSTAGE
PAID
PARSONSBURG,M
21849
SEP 19, '11
AMOUNT
$1.08

0000   21201   00020424-

Clerk of the Court
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201